ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> KB TOYS, INC., <br><br> Debtor. <br><br> Employer Tax I.D. No. 94-3380658 | Chapter 11 <br> Case No. 04-10120 |
| In re: <br><br> KB ACQUISITION CORPORATION, <br><br> Debtor. <br><br> Employer Tax I.D. No. 94-3380659 | Chapter 11 <br> Case No. 04-10121 |
| In re: <br><br> HAVENS CORNERS CORPORATION, <br><br> Debtor. <br><br> Employer Tax I.D. No. 04-3542226 | Chapter 11 <br> Case No. 04-10122 |
| In re: <br><br> KB TOYS (US), INC., <br><br> Debtor. <br><br> Employer Tax I.D. No. 31-1462154 | Chapter 11 <br> Case No. 04-10123 |
| In re: <br><br> SOUTHDALE KAY-BEE TOY, INC., <br><br> Debtor. <br><br> Employer Tax I.D. No. 06-1060765 | Chapter 11 <br> Case No. 04-10124 |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MALL OF AMERICA KAY-BEE TOY, INC., ) | Case No. 04-10125 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-3160568 ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| KB HOLDINGS, LLC, ) | Case No. 04-10126 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 86-0858157 ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| K B TOY OF PENNSYLVANIA, INC., ) | Case No. 04-10127 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-2756383 ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| K B TOY OF MASSACHUSETTS, INC., ) | Case No. 04-10128 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-2956093 ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| KB TOY OF NEW JERSEY, INC., ) | Case No. 04-10129 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-2764697 ) | |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| KB ONLINE HOLDINGS LLC, | ) Case No. 04-10130 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1653781 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| BRAINPLAY.COM, INC., | ) Case No. 04-10131 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 23-2823230 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| MONTGOMERY TOY LLC, | ) Case No. 04-10132 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1744572 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KB TOYS WHOLESALE, INC., | ) Case No. 04-10133 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 38-3656974 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| TRAVEL, INC. OF PITTSFIELD, | ) Case No. 04-10134 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2754083 | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AGUADILLA KAY-BEE TOY, INC., | ) Case No. 04-10135 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-3157907 | ) |
| In re: | ) |
| | ) Chapter 11 |
| ALA MOANA KAY-BEE TOY, INC. | ) Case No. 04-10136 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1244930 | ) |
| In re: | ) |
| | ) Chapter 11 |
| ATOCHA STREET KAY-BEE TOY, INC., | ) Case No. 04-10137 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 66-0439143 | ) |
| In re: | ) |
| | ) Chapter 11 |
| BAYAMON KAY-BEE TOY, INC., | ) Case No. 04-10138 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2848970 | ) |
| In re: | ) |
| | ) Chapter 11 |
| CALLE BETANCES KAY-BEE TOY, INC., | ) Case No. 04-10139 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2848971 | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CAROLINA KAY-BEE TOY, INC., | ) Case No. 04-10140 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 66-0392716 | ) |
| In re: | ) |
| | ) Chapter 11 |
| CENTRO DEL SUR KAY-BEE TOY, INC., | ) Case No. 04-10141 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 52-1339820 | ) |
| In re: | ) |
| | ) Chapter 11 |
| CORDERO AVE. (CAGUAS) KAY-BEE TOY, INC., | ) Case No. 04-10142 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 66-0439131 | ) |
| In re: | ) |
| | ) Chapter 11 |
| FAJARDO STATE RD. KAY-BEE TOY, INC., | ) Case No. 04-10143 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2990585 | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF ALASKA, INC., | ) Case No. 04-10144 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1271605 | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF ARIZONA, INC., | ) Case No. 04-10145 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1084250 | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF ARKANSAS, INC., | ) Case No. 04-10146 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1052855 | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF CALIFORNIA, INC., | ) Case No. 04-10147 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1182908 | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF COLORADO, INC., | ) Case No. 04-10148 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2871205 | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF CONNECTICUT, INC., | ) Case No. 04-10149 |
| | ) |
| Employer Tax I.D. No. 06-1177060 | ) |
| | ) |
| Debtor. | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF FLORIDA, INC., | ) Case No. 04-10150 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2846255 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF HAWAII, INC., | ) Case No. 04-10151 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 98-0071427 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF IDAHO, INC., | ) Case No. 04-10152 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2829887 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF MARYLAND, INC., | ) Case No. 04-10153 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1125700 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF NEBRASKA, INC., | ) Case No. 04-10154 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1209753 | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF NEVADA, INC., | ) Case No. 04-10155 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1180911 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF NORTH CAROLINA, INC., | ) Case No. 04-10156 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-3129337 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF OHIO, INC., | ) Case No. 04-10157 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1177559 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF SOUTH DAKOTA, INC., | ) Case No. 04-10158 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2773021 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF TENNESSEE, INC., | ) Case No. 04-10159 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1179079 | ) |
| | ) |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KB TOY OF TEXAS, INC., ) | Case No. 04-10160 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-2828110 ) | |
| In re: ) | |
| ) | Chapter 11 |
| K B TOY OF UTAH, INC., ) | Case No. 04-10161 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-3090751 ) | |
| In re: ) | |
| ) | Chapter 11 |
| K B TOY OF VIRGINIA, INC., ) | Case No. 04-10162 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-2765856 ) | |
| In re: ) | |
| ) | Chapter 11 |
| K B TOY OF WASHINGTON, INC., ) | Case No. 04-10163 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 06-1276746 ) | |
| In re: ) | |
| ) | Chapter 11 |
| K B TOY OF WISCONSIN, INC., ) | Case No. 04-10164 |
| ) | |
| Debtor. ) | |
| ) | |
| Employer Tax I.D. No. 04-3092440 ) | |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| K B TOY OF WYOMING, INC., | ) Case No. 04-10165 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2765867 | ) |
| In re: | ) |
| | ) Chapter 11 |
| K B TOY DISTRIBUTION SOUTH, INC., | ) Case No. 04-10166 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 62-1725994 | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE CAGUAS CENTRUM, INC., | ) Case No. 04-10167 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1512933 | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE CAROLINA, INC., | ) Case No. 04-10168 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1535144 | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE DE DIEGO STREET, INC., | ) Case No. 04-10169 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1545350 | ) |

- 10 -

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE DEL NORTE, INC., | ) Case No. 04-10170 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1486052 | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE GUAYAMA, INC., | ) Case No. 04-10171 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1486049 | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE ISABELA, INC., | ) Case No. 04-10172 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1486053 | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE JUNCOS PLAZA, INC., | ) Case No. 04-10173 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1653486 | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE MANATI, INC., | ) Case No. 04-10174 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1631568 | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE PALMA REAL, INC., | ) Case No. 04-10175 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1486050 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE PLAYA DEL SOL, INC., | ) Case No. 04-10176 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1583603 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE PLAZA ACQUARIUM, INC., | ) Case No. 04-10177 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1653498 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE PLAZA CARIBE, INC., | ) Case No. 04-10178 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1700747 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE PLAZA DEL ATLANTICO, INC., | ) Case No. 04-10179 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1512935 | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE TOY & HOBBY SHOPS, INC., | ) Case No. 04-10180 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 04-2073156 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE WESTERN PLAZA, INC., | ) Case No. 04-10181 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1583600 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| KAY-BEE YABUCOA, INC., | ) Case No. 04-10182 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 31-1631567 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| LAS AMERICAS KAY-BEE TOY, INC., | ) Case No. 04-10183 |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 66-0392765 | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| MAIN STREET (YAUCO) | ) Case No. 04-10184 |
| KAY-BEE TOY, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Employer Tax I.D. No. 06-1276750 | ) |
| | ) |

| | |
|---|---|
| In re: | )<br>) Chapter 11 |
| MAYAGUEZ KAY-BEE TOY, INC., | ) Case No. 04-10185<br>) |
| Debtor. | )<br>) |
| Employer Tax I.D. No. 04-3096578 | )<br>) |
| In re: | )<br>) Chapter 11 |
| MONTEHIEDRA KAY-BEE TOY, INC., | ) Case No. 04-10186<br>) |
| Debtor. | )<br>) |
| Employer Tax I.D. No. 04-3277652 | )<br>) |
| In re: | )<br>) Chapter 11 |
| PHEASANT KAY-BEE TOY, INC., | ) Case No. 04-10187<br>) |
| Debtor. | )<br>) |
| Employer Tax I.D. No. 02-0400331 | )<br>) |
| In re: | )<br>) Chapter 11 |
| PLAZA DEL CARIBE KAY-BEE TOY, INC., | ) Case No. 04-10188<br>) |
| Debtor. | )<br>) |
| Employer Tax I.D. No. 04-3168918 | )<br>) |
| In re: | )<br>) Chapter 11 |
| RIO HONDO KAY-BEE TOY, INC., | ) Case No. 04-10189<br>) |
| Debtor. | )<br>) |
| Employer Tax I.D. No. 52-1260893 | ) RE: Docket No. 4<br>) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon consideration of the Motion of Debtors for Order Directing Joint Administration of Chapter 11 Cases (the "Motion") and the Affidavit of Robert J. Feldman in Support of First-Day Motions and Applications; this Court having considered the Motion and being fully advised; it appearing that appropriate notice and opportunity for a hearing on the Motion was given and that no further notice need be given; it appearing that the relief requested in the Motion is appropriate in the context of these cases and necessary to ensure that the Debtors' business will be preserved; it appearing that the relief requested in the Motion is in the best interests of Debtors and their respective estates, creditors, stockholders and other parties in interest; and good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion be and hereby is granted.

2. The above-captioned Chapter 11 cases be and hereby are consolidated for procedural purposes only and the cases shall be jointly administered by this Court.

3. The caption of these jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| KB TOYS, INC., *et al.*, | Case No. 04-10120 |
| Debtors. | (Jointly Administered) |

4. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket shall be the file and docket for KB Toys, Inc. (the "Lead Case").

5. The Clerk of the Court shall make an entry on the docket for each of the above-captioned cases other than the Lead Case, which shall read substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of KB Toys, Inc.; KB Acquisition Corporation; Havens Corners Corporation; KB Toys (US), Inc.; Southdale Kay-Bee Toy, Inc.; Mall of America Kay-Bee Toy, Inc.; KB Holdings, LLC; K B Toy of Pennsylvania, Inc.; K B Toy of Massachusetts, Inc.; KB Toy of New Jersey, Inc.; KB Online Holdings LLC; BrainPlay.com, Inc.; Montgomery Toy LLC; KB Toys Wholesale, Inc.; Travel, Inc. of Pittsfield; Aguadilla Kay-Bee Toy, Inc.; Ala Moana Kay-Bee Toy, Inc.; Atocha Street Kay-Bee Toy, Inc.; Bayamon Kay-Bee Toy, Inc.; Calle Betances Kay-Bee Toy, Inc.; Carolina Kay-Bee Toy, Inc.; Centro Del Sur Kay-Bee Toy, Inc.; Cordero Ave. (Caguas) Kay-Bee Toy, Inc.; Fajardo State Rd. Kay-Bee Toy, Inc.; K B Toy of Alaska, Inc.; K B Toy of Arizona, Inc.; K B Toy of Arkansas, Inc.; K B Toy of California, Inc.; K B Toy of Colorado, Inc.; K B Toy of Connecticut, Inc.; K B Toy of Florida, Inc.; K B Toy of Hawaii, Inc.; K B Toy of Idaho, Inc.; K B Toy of Maryland, Inc.; K B Toy of Nebraska, Inc.; K B Toy of Nevada, Inc.; K B Toy of North Carolina, Inc.; K B Toy of Ohio, Inc.; K B Toy of South Dakota, Inc.; K B Toy of Tennessee, Inc.; KB Toy of Texas, Inc.; K B Toy of Utah, Inc.; K B Toy of Virginia, Inc.; K B Toy of Washington, Inc.; K B Toy of Wisconsin, Inc.; K B Toy of Wyoming, Inc.; K B Toy Distribution South, Inc.; Kay-Bee Caguas Centrum, Inc.; Kay-Bee Carolina, Inc.; Kay-Bee De Diego Street, Inc.; Kay-Bee Del Norte, Inc.; Kay-Bee Guayama, Inc.; Kay-Bee Isabela, Inc.; Kay-Bee Juncos Plaza, Inc.; Kay-Bee Manati, Inc.; Kay-Bee Palma Real, Inc.; Kay-Bee Playa Del Sol, Inc.; Kay-Bee Plaza Acquarium, Inc.; Kay-Bee Plaza Caribe, Inc.; Kay-Bee Plaza Del Atlantico, Inc.; Kay-Bee Toy & Hobby Shops, Inc.; Kay-Bee Western Plaza, Inc.; Kay-Bee Yabucoa, Inc.; Las Americas Kay-Bee Toy, Inc.; Main Street (Yauco) Kay-Bee Toy, Inc.; Mayaguez Kay-Bee Toy, Inc.; Montchiedra Kay-Bee Toy, Inc.; Pheasant Kay-Bee Toy, Inc.; Plaza Del Caribe Kay-Bee Toy, Inc.; and Rio Hondo Kay-Bee Toy, Inc. The docket of KB Toys, Inc., Case No. 04-10120 should be consulted for all matters affecting this case.

6. This Order shall be entered on the docket for each of the above-captioned cases; a copy of this Order shall be filed in the case file for each of the above-captioned cases, except for the Lead Case; and the original of this Order shall be filed in the case file for the Lead Case.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: January 16, 2004
Wilmington, Delaware

*Joel B. Rosenthal*
United States Bankruptcy Judge

WP3:963702.1                                                62865.1001