UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2005 SEP 20 PM 1:01
U.S. BANKRUPTCY COURT

| | |
|---|---|
| *In re:* <br><br> KB TOYS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 04-10120 (WS) <br> (Jointly Administered) <br><br> **Ref. Docket No. 2981** |

**AGREED ORDER MODIFYING AND CLARIFYING PROVISIONS OF THE ORDER CONFIRMING DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE WITH RESPECT TO THE POST-EFFECTIVE DATE PAYMENT OF PROFESSIONAL FEES**

WHEREAS, by Order dated February 25, 2004 [Docket No. 391] (the "Interim Compensation Order"), the Court approved procedures for the interim compensation of the professionals retained by the Debtors, the Committee, including expenses of members of the Committee, and the Debtors' postpetition secured lenders;

WHEREAS, by Order dated May 27, 2004 [Docket No. 1051] (the "Fee Auditor Order"), the Court appointed a fee auditor to review fee applications submitted in the Debtors' chapter 11 cases and modified certain of the compensation procedures implemented by the Interim Compensation Order;

WHEREAS, on August 18, 2005, the Court entered the Order Confirming Debtors' First Amended Joint Plan of Reorganization Proposed by the Debtors and the Official

Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code [Docket No. 2981] (the "Confirmation Order");[1]

WHEREAS, pursuant to Paragraph O of the Confirmation Order, all Professionals are permitted to continue filing monthly fee applications covering periods through the Effective Date and to be paid in accordance with the Interim Compensation Order as modified by the Fee Auditor Order;

WHEREAS, pursuant to Paragraph T of the Confirmation Order, the Debtors, on the Effective Date, were required to deposit $3 million for the payment of Claims for Professional Fees, Claims for reimbursement of expenses of members of the Committee, and Claims for costs and expenses owing to the Banks under the DIP Credit Agreement which remain unpaid as of the Effective Date (the "Escrow Claim Amounts"). Paragraph T further provides that no funds are to be disbursed from the Escrow Account until allowance of such Escrow Claim Amounts by the Court and the Escrow Holder shall only make payments or disbursements from the Escrow Account in accordance with a further order of the Court;

WHEREAS, the Debtors and Committee have requested the entry of this Order to permit payment of interim fees in accordance with existing interim compensation orders from funds held in the Escrow Account and to reduce the amount of the Escrow Account because PricewaterhouseCoopers LLP has agreed to not be a beneficiarty thereof;

THEREFORE, it is hereby

ORDERED that monthly fee applications of the Professionals, other than those filed by PricewaterhouseCoopers LLP, may be paid by the Escrow Agent from the Escrow

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Confirmation Order.

Account in accordance with the Interim Compensation Order, as modified by the Fee Auditor Order, upon receipt of a certificate of no objection duly filed with respect to such monthly fee application and without further order of the Court; and it is further

ORDERED that, by agreement among the Debtors and PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP shall not be a beneficiary of or have an interest in the Escrow Account; and it is further

ORDERED that the amount of the Deposit set forth in paragraph T of the Confirmation Order shall be reduced to $2.5 million; and it is further

ORDERED that the Court shall retain jurisdiction over any and all matters arising or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
September 21, 2005

_____
United States Bankruptcy Judge

**AGREED:**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Joel A. Waite (No. 2925)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600

- and –

WILMER CUTLER PICKERING HALE AND DORR LLP

3

O:\4451.001\FeeApp\AgreedOrder.9.7.05.DOC

Mark N. Polebaum (BBO #402060)
Mitchel Appelbaum (BBO #558579)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

Counsel for the Debtors and Debtors In Possession

WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Mark N. Polebaum*
Mark N. Polebaum (BBO #402060)
Mitchel Appelbaum (BBO #558579)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

Escrow Agent

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kimberly D. Newmarch*
Mark D. Collins (No. 2981)
Kimberly D. Newmarch (No. 4340)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700

-and-

TRAUB, BONACQUIST & FOX LLP

*/s/ Susan F. Balaschak*
Paul Traub
Susan F. Balaschak
655 Third Avenue, 21st Floor
New York, New York 10017
Tel: (212) 476-4770

Counsel for the Official Committee of Unsecured Creditors