UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> KB TOYS, Inc., *et al.*, <br><br> Debtors | Chapter 11 <br> Case No. 04-10120-WS <br> (Jointly Administered) |

## FEE AUDITOR'S FINAL REPORT REGARDING FOURTH QUARTERLY INTERIM APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

This is the Final Report of Ford, Weaver & McDonald, P.A. ("Auditor") acting in its capacity of Fee Auditor in the above-captioned bankruptcy cases regarding the Fourth Quarterly Interim Application of FTI Consulting, Inc. As Financial Advisors To The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period October 1, 2004 through December 31, 2004 [Docket No. 3107].

Introduction

1.  FTI Consulting, Inc. ("FTI") has been retained to act as financial advisor to the Debtor pursuant to the Order entered by this Court on February 25, 2004, captioned "Order Authorizing Employment of FTI Consulting, Inc. as Financial Advisors to the Debtors," [Docket No. 383]. FTI seeks compensation and reimbursement of expenses on account of the Fourth Interim Period as shown on the following chart:

1

|             | Fee Requested | Expenses | Fees Paid | Expenses Paid | Hold Back Sought |
|-------------|--------------:|---------:|----------:|--------------:|-----------------:|
| October-04  | 95,549.00     | 4,271.47 | 76,439.20 | 4,271.47      | 19,109.80        |
| November-04 | 78,033.00     | 3,636.10 | 62,426.40 | 3,636.10      | 15,606.60        |
| December-04 | 129,924.00    | 3,645.44 | 103,939.20| 3,645.44      | 25,984.80        |
| **TOTAL**   | **303,506.00**| **11,553.01** | **242,804.80** | **11,553.01** | **60,701.20** |

2. In conducting the audit, and making recommendations, the Auditor reviewed the Notices of Monthly Fee and Expense Invoices for October [Docket No. 1882], November [Docket No. 2054] and December [Docket No. 2298] and the Fourth Quarterly Interim Application [Docket No. 3107] (collectively the "Application") for compliance with 11 U.S.C. § 330, Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Del. Bankr.L.R."), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330 (Appendix A to 28 CFR § 58) ("Guidelines"), and applicable law.

We have prepared and served on FTI an Initial Report. FTI responded and we have taken the response into account in this Final Report.

### General Observations

3. FTI has performed services that are at the heart of the Chapter 11 process. Its advice has focused on the areas of Chapter 11 that form the core of a successful reorganization: the analysis of profitability of the business and its components going forward; the analysis and

2

reconciliation of claims; the valuation of the company; the liquidation analysis that is critical to confirming a Chapter 11 plan; and, at the commencement of the case, development of the cash flow projections on a week-to-week and month-to-month basis to assure that the reorganization efforts did not run aground by running out of cash. The task was enormous. By way of example, the Disclosure Statement indicates that there were over 5,400 proofs of claim filed for the face value in excess of $3.9 billion.[1] Through July 31, 2005 FTI had expended approximately $1,078,323 in fees reconciling proofs of claims against the 69 entities involved in the Chapter 11 proceedings. Clearly, it was a huge undertaking on which over a million dollars was spent.

4. The Auditor notes that under the confirmed Plan of Reorganization professional fees are not paid from funds that would otherwise be distributed to unsecured creditors. Unsecured creditors will be paid from a residual trust funded with $20,000,000.00 for an initial dividend. The money being used to pay professional fees comes from the reorganized debtors and is no longer property of the Estate.[2] The reorganized Debtors have undertaken to pay the professional fees such as FTI as an administrative expense claim.[3] The distribution to unsecured creditors is unaffected by the amount of professional fees.[4]

---

[1] Disclosure Statement, Debtor's First Amended Joint Plan of Reorganization Proposed by the Debtors and the Official Committee of Unsecured Creditors under Chapter 11 of the Bankruptcy Code dated July 14, 2005 (hereinafter "Disclosure Statement") at page 45.

[2] Debtors First Amended Joint Plan of Reorganization Proposed by the Debtors and the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code dated as of July 14, 2005, Article 5, § I at p. 43. (The "Plan")

[3] Plan, Article 2, § B, p. 19.

[4] See Plan, Article 5 at p. 28 (establishing the trust as the payment mechanism for unsecured creditors.)

## Detailed Time Analysis

5.  **Fee Applications.** In the Fourth Period (October through December 31, 2004) a significant amount of time was spent on fee application matters. See *Exhibit A*. The Auditor estimated that the total charges for Fee Applications was 70.1 hours and $28,728.

The Fee Auditor has previously taken the position in this case and consistent with the Court's admonition at the omnibus hearing held on February 26, 2004, and with the policy stated In Re: ACT Manufacturing, 281 B.R. 468, 485 (Bankr. D. Mass. 2002), and with the fee auditor in the Enron case, that 50% of the amounts requested for preparation of fee applications and monthly statements should be allowed as compensable services, subject to a subjective review. Here, FTI is seeking $28,728 for periods during which it appears that no interim fee applications were filed. In the Initial Report, the fee Auditor recommended that an adjustment of 50% or $14,364.00.

<p style="text-align:center">FTI assented to the recommendation</p>

6.  **Vague Entries.** In the Initial Report, the Auditor stated that some, although admittedly not many, entries were vague. They are primarily entries by Tina Briand which recite the following: "Review various emails and respond to claims reconciliation questions." Attached as Exhibit B is a list of entries that appear to be vague or blocked. They total 21.6 hours and $10,472 in charges. The Auditor recommended an adjustment on account of this item in the amount of $1,047.20.

<p style="text-align:center">FTI assented to the recommendation.</p>

4

Expenses

7. In the Initial Report, the Auditor requested copies of invoices or other supporting documentation for the following expense items in order to verify that the charges were properly supported as required by Section (b)(v) of the Guidelines and Del.L.R. 2016-2(e)(iv):

Lodging:

| | | | |
|---|---|---|---|
| Stephen L. Coloumbe 10/1/04 | | $435.39 | Hotel Charges in NYC for 1 night (limited to $330 for an adjustment of $105.39) |
| Stephen L. Coloumbe 10/21/04 | | $866.47 | Hotel Charges in NYC for 2 nights (limited to $330 per night for an adjustment of $206.47) |

Transportation:

| | | | |
|---|---|---|---|
| Tina M. Briand | 10/9/04 | $188.56 | Rental Car Charges for 3 days (limited to $45/day or $135 for an adjustment of $53.56) |
| Tina M. Briand | 11/12/04 | $291.44 | Rental Car Charges for 1 week (limited to $45/day or $225 for an adjustment of $66.44) |
| Tina M. Briand | 11/21/04 | $241.95 | Rental Car Charges for 1 week (limited to $45 per day for an adjustment of $16.95) |
| Tina M. Briand | 11/25/04 | $207.42 | Rental Car Charges for 3 days (limited to 3 days at $45 per day or an adjustment of $72.42) |

Exhibit A

9/11/2005

FTI
Analysis of Time
Fourth Interim Period

| Timekeeper | Date | Hours | Rate | Charge | Description |
|---|---|---|---|---|---|
| Coulombe, Stephen L | 10/28/2004 | 1.9 | $540.00 | $1,026.00 | Finalize response to Fee Auditor and satisfy outstanding data request. |
| Mossa, Christopher P | 10/25/2005 | 5.6 | $385.00 | $2,156.00 | Prepare analysis in order to better understand the calculations and methodology included in the report prepared by the fee auditor. |
| Mossa, Christopher P | 12/1/2004 | 2.4 | $385.00 | $924.00 | Begin preparing the Fee Statement for the month of November. |
| Mossa, Christopher P | 12/1/2004 | 2.1 | $385.00 | $808.50 | Begin gathering data from internal billing systems for the Fee Statement for the month of November. |
| Mossa, Christopher P | 12/6/2004 | 2.5 | $385.00 | $962.50 | Perform a preliminary review of the supporting schedules to the Fee Statement for the month of November. |
| Mossa, Christopher P | 12/6/2004 | 1.2 | $385.00 | $462.00 | Finalize the supporting schedules to the Fee Statement for the month of November. |
| Duffy, Robert J | 12/7/2004 | 0.2 | $560.00 | $112.00 | Review billing and fee issues with J. Nighswander (FTI). |
| Mossa, Christopher P | 12/7/2004 | 1.1 | $385.00 | $423.50 | Prepare a preliminary draft of the Fee Statement for the month of November. |
| Nighswander, Jonathan | 12/7/2004 | 0.2 | $520.00 | $104.00 | Review billing and fee issues with R. Duffy (FTI). |
| Mossa, Christopher P | 12/9/2004 | 2.1 | $385.00 | $808.50 | Finalize the Fee Statement for the month of November. |
| Weinsten, Mark R | 12/10/2004 | 2.0 | $560.00 | $1,120.00 | Review fee app and related documents in preparation for hearing |
| Coulombe, Stephen L | 12/16/2004 | 1.2 | $540.00 | $648.00 | Review outstanding fee application and monthly billing statements. |
| Coulombe, Stephen L | 12/17/2004 | 0.8 | $540.00 | $432.00 | Review outstanding fee application and monthly billing statements. |
| Rimpel, Christopher A | 12/28/2004 | 2.1 | $385.00 | $808.50 | Preliminary review of Fee Application |
| Rimpel, Christopher A | 12/28/2004 | 2.1 | $385.00 | $808.50 | Preliminary review of October & November Fee Statements |
| Rimpel, Christopher A | 12/28/2004 | 1.9 | $385.00 | $731.50 | Prepare draft of supporting schedules to the September Fee Application |
| Rimpel, Christopher A | 12/28/2004 | 1.4 | $385.00 | $539.00 | Update narrative to fee Application |
| Rimpel, Christopher A | 12/29/2004 | 1.6 | $385.00 | $616.00 | Edits to Fee Application based on R Duffy's (FTI) review |
| Rimpel, Christopher A | 12/29/2004 | 0.9 | $385.00 | $346.50 | Make revisions to the October & November Fee Statements based on R Duffy (FTI) comments |
| Rimpel, Christopher A | 12/30/2004 | 1.1 | $385.00 | $423.50 | Prepare a draft of the supporting schedules for the September Fee Application |
| Rimpel, Christopher A | 12/30/2004 | 0.8 | $385.00 | $308.00 | Prepare a draft of the supporting schedules for the October Statement |
| Rimpel, Christopher A | 12/30/2004 | 0.6 | $385.00 | $231.00 | Prepare a draft of the supporting schedules for the November Statement |
| | | | | | |
| Grand Total | | 657.2 | $461.82 | $303,506.00 | |
| Subtotal | | 35.8 | $413.39 | $14,799.50 | |

| Timekeeper | Date | Hours | Rate | Charge | Description |
|---|---|---|---|---|---|
| Mossa, Christopher P | 10/14/2004 | 1.6 | $385.00 | $616.00 | Begin preparing the Fee Statement for the month of August. |
| Mossa, Christopher P | 10/14/2004 | 1.2 | $385.00 | $462.00 | Perform a preliminary review of the supporting schedules to the Fee Statement for the month of August. |
| Mossa, Christopher P | 10/15/2004 | 2.1 | $385.00 | $808.50 | Finalize the supporting schedules to the Fee Statement for the month of August. |
| Mossa, Christopher P | 10/15/2004 | 1.9 | $385.00 | $731.50 | Prepare a preliminary draft of the Fee Statement for the month of August. |
| Mossa, Christopher P | 10/18/2004 | 1.4 | $385.00 | $539.00 | Finalize the Fee Statement for the month of August. |
| Duffy, Robert J | 10/22/2004 | 0.6 | $560.00 | $336.00 | Review the supporting schedules to the fee statement for the month of August, 2004. |
| Duffy, Robert J | 10/22/2004 | 0.4 | $560.00 | $224.00 | Review the supporting schedules to the fee statement for the month of July, 2004. |
| Mossa, Christopher P | 10/27/2004 | 1.6 | $385.00 | $616.00 | Begin preparing the Fee Statement for the month of September. |
| Mossa, Christopher P | 10/27/2004 | 1.3 | $385.00 | $500.50 | Begin gathering data from internal billing systems for the Fee Statement for the month of September. |
| Mossa, Christopher P | 10/28/2004 | 1.5 | $385.00 | $577.50 | Perform a preliminary review of the supporting schedules to the Fee Statement for the month of September. |
| Mossa, Christopher P | 10/28/2004 | 1.3 | $385.00 | $500.50 | Finalize the supporting schedules to the Fee Statement for the month of September. |
| Mossa, Christopher P | 11/12/2004 | 1.6 | $385.00 | $616.00 | Prepare a preliminary draft of the Fee Statement for the month of September. |
| Duffy, Robert J | 11/14/2004 | 0.8 | $560.00 | $448.00 | Review and edit the draft of the Fee Statement for the month of September. |
| Duffy, Robert J | 11/16/2004 | 0.6 | $560.00 | $336.00 | Review and approve the Fee Statement for the month of September. |
| Mossa, Christopher P | 11/16/2004 | 2.3 | $385.00 | $885.50 | Finalize the Fee Statement for the month of September. |
| Duffy, Robert J | 11/28/2004 | 0.7 | $560.00 | $392.00 | Review and edit the draft of the Fee Statement for the month of October. |
| Mossa, Christopher P | 11/29/2004 | 2.6 | $385.00 | $1,001.00 | Perform a preliminary review of the supporting schedules to the Fee Statement for the month of October. |
| Mossa, Christopher P | 11/29/2004 | 2.5 | $385.00 | $962.50 | Begin preparing the Fee Statement for the month of October. |
| Mossa, Christopher P | 11/29/2004 | 2.2 | $385.00 | $847.00 | Begin gathering data from internal billing systems for the Fee Statement for the month of October. |
| Duffy, Robert J | 11/30/2004 | 0.8 | $560.00 | $448.00 | Review and approve the Fee Statement for the month of October. |
| Mossa, Christopher P | 11/30/2004 | 2.3 | $385.00 | $885.50 | Finalize the Fee Statement for the month of October. |
| Mossa, Christopher P | 11/30/2004 | 1.4 | $385.00 | $539.00 | Prepare a preliminary draft of the Fee Statement for the month of October. |
| Mossa, Christopher P | 11/30/2004 | 1.3 | $385.00 | $500.50 | Finalize the supporting schedules to the Fee Statement for the month of October. |
| Nighswander, Jonatha | 11/30/2004 | 0.3 | $520.00 | $156.00 | Review Fee Application provided by C. Mossa (FTI) |
| | | | | | |
| Grand Total | | 657.2 | $461.82 | $303,506.00 | |
| Subtotal | | 34.3 | $406.08 | $13,928.50 | |

| Timekeeper | Date | Hours | Rate | Charge | Description | Category | Count |
|---|---|---|---|---|---|---|---|
| Briand, Tina M | 10/12/2004 | 0.5 | $385.00 | $192.50 | Review various e-mails and respond to claims reconciliation questions. | Claims Analysis | 1 |
| Briand, Tina M | 10/13/2004 | 0.6 | $385.00 | $231.00 | Review various e-mails and respond to claims reconciliation questions. | Claims Analysis | 1 |
| Briand, Tina M | 10/18/2004 | 0.8 | $385.00 | $308.00 | Review various e-mails and respond to claims reconciliation questions. | Claims Analysis | 1 |
| Briand, Tina M | 10/19/2004 | 0.6 | $385.00 | $231.00 | Review various e-mails and respond to claims reconciliation questions. | Claims Analysis | 1 |
| Briand, Tina M | 10/20/2004 | 0.7 | $385.00 | $269.50 | Review various e-mails and respond to claims reconciliation questions. | Claims Analysis | 1 |
| Coulombe, Stephen L | 10/20/2004 | 2.2 | $540.00 | $1,188.00 | Prepare for and attend meeting with unsecured creditors committee. | Committee Matters | 1 |
| Briand, Tina M | 10/29/2004 | 0.9 | $385.00 | $346.50 | Review various e-mails and respond to claims reconciliation questions. | Claims Analysis | 1 |
| Duffy, Robert J | 11/1/2004 | 4.6 | $560.00 | $2,576.00 | Prepare for and participate in a meeting with RFI, Committee Counsel and Committee Financial Advisor to discuss various business plan issues. | Committee Matters | 1 |
| Briand, Tina M | 11/18/2004 | 0.3 | $385.00 | $115.50 | Various e-mails to the claims reconciliation team to assign work. | Claims Analysis | 1 |
| Briand, Tina M | 11/19/2004 | 0.7 | $385.00 | $269.50 | Review and respond to various e-mails from the claims reconciliation team. | Claims Analysis | 1 |
| Briand, Tina M | 12/9/2004 | 1.6 | $385.00 | $616.00 | Address claims issues. | Claims Analysis | 1 |
| Briand, Tina M | 12/9/2004 | 1.4 | $385.00 | $539.00 | Address claims issues. | Claims Analysis | 1 |
| Coulombe, Stephen L | 12/9/2004 | 2.0 | $540.00 | $1,080.00 | Update recovery analysis under various assumptions. | Financial Projections | 1 |
| Weinsten, Mark R | 12/13/2004 | 4.0 | $560.00 | $2,240.00 | Prepare for and attend hearing | Case Administration | 1 |
| Briand, Tina M | 12/16/2004 | 0.7 | $385.00 | $269.50 | Respond to various e-mails related to claims recompilation. | Claims Analysis | 1 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Grand Total | | 657.2 | $461.82 | $303,506.00 | | | 540.0 |
| Subtotal | | 21.6 | $484.81 | $10,472.00 | | | 15.00 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re:* | Chapter 11 |
| **KB TOYS, Inc.,** *et al.,* | Case No. 04-10120-WS |
|  | (Jointly Administered) |
| Debtor |  |

## CERTIFICATE OF SERVICE

I, J. Christopher Marshall, hereby certify that on the 30th day of September, 2005, caused copies of the foregoing **FEE AUDITOR'S FINAL REPORT REGARDING FOURTH QUARTERLY INTERIM APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004** to be served upon the Notice Parties via email and first class mail and on the affected parties listed on Exhibit 2 attached hereto via first class mail..

September 30, 2005

_____
J. Christopher Marshall

7

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) ) ) | Chapter 11 |
| KB TOYS, Inc., *et al.*, ) ) | Case No. 04-10120-WS |
| ) | (Jointly Administered) |
| Debtors ) ) | |

## NOTICE PARTIES

| The Fee Auditor | Counsel to the Official Committee of Unsecured Creditors |
|---|---|
| J. Christopher Marshall<br>Ford & Weaver, P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801<br>cmarshall@fordandweaver.com | Paul Traub, Esq.<br>Traub, Bonaquist & Fox, LLP<br>655 Third Avenue, 21st Fl.<br>New York, NY 10017-5617<br>ptraub@tbfesq.com<br><br>Mark D. Collins, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 2nd Fl.<br>P.O. Box 551<br>Wilmington, DE 19899<br>collins@rlf.com<br>newmarch@rlf.com |

| **The Debtors** | **Counsel to the DIP Lenders** |
|---|---|
| Scott Z. Hochfelder<br>Acting General Counsel,<br>KB Toys, Inc., *et. al.*<br>100 West Street<br>Pittsfield, MA 01201<br>kgrady@kbtoys.com | David S. Berman, Esq.<br>Riemer & Braunstein, LLP<br>3 Center Plaza<br>Boston, MA 02108<br>dberman@riemerlaw.com<br><br>Peter J. Duhig, Esq.<br>Klett, Rooney, Lieber & Shorling, PC<br>1000 West Street<br>Wilmington, DE 19801<br>duhig@klettrooney.com |
| **Counsel to the Debtors** | **Office of the United States Trustee** |
| Mark N. Polebaum, Esq.<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>mark.polebaum@wilmerhale.com<br><br>Joel A. Waite, Esq.<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>jwaite@ycst.com | Mark S. Kenney, Esq.<br>United States Trustee<br>Suite 2207, Lockbox 35<br>844 King Street<br>Wilmington, DE 19801<br>mark.kenney@usdoj.gov |

**EXHIBIT 2**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| KB TOYS, Inc., *et al.*, | Case No. 04-10120-WS |
| Debtors | (Jointly Administered) |

## **AFFECTED PARTIES**

Robert Duffy
FTI Consulting, Inc.
125 High Street
Suite 1402
Boston, MA 02115

F:\WPDATA\Chris\2278-001\Fee Auditor Reports\FTI\4th and beyond\Final Report