# Exhibit A

Preference Period Payment Detail Report

Vendor Name:    TOY BIZ WORLD WIDE
Vendor Number: 3605

| Check/Wire Number | Date of Check/Wire | Check/Wire Clear Date | Check/Wire Amount ($) |
|---|---|---|---|
| WIRE | 10/21/2003 | 10/21/2003 | 1,072,584.32 |
| WIRE | 10/28/2003 | 10/28/2003 | 796,177.06 |
| WIRE | 11/11/2003 | 11/11/2003 | 154,067.94 |
| WIRE | 11/18/2003 | 11/18/2003 | 329,966.32 |
| WIRE | 12/02/2003 | 12/02/2003 | 159,370.50 |
| WIRE | 12/09/2003 | 12/09/2003 | 136,320.00 |
| WIRE | 12/18/2003 | 12/18/2003 | 279,654.00 |
| WIRE | 12/31/2003 | 12/31/2003 | 158,400.00 |
|   |   |   | 3,086,540.14 |