IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 04-10120 (WS) |
| KB TOYS, INC., et al., | : | (Jointly Administered) |
| | : | Hearing Date: April 5, 2006, at 9:30 AM |
| Debtors. | : | Responses Due: March 23, 2006, at 4:00 PM |

**RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

The United States, on behalf of its Bureau of Customs and Border Protection ("Customs"), submits this response to the Twenty-First Omnibus Substantive Objection to Claims Pursuant to Sections 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 ("Objection"), to disallow the Claim No. 1103 of U.S. Customs and Border Protection (f.k.a. U.S. Customs Service, referred to hereinafter as "Customs"). The Objection should be overruled for the following reasons:

1. On or about April 29, 2004, Customs filed a Proof of Claim against the Debtors ("Claim No. 1103"). The claim was a contingent, unliquidated claim that listed 4,389 unliquidated entries. Customs records indicate that there are now only 23 unliquidated entries left and Customs intends to amend its claim to reflect the reduced number of unliquidated entries.

2. In its Proof of Claim, Customs included sufficient information to allow the Debtors to identify the entries they filed with Customs and the amount and nature of the claim.

3. In the Objection, the Debtors seek to have the Court expunge Customs' claim because the Debtors' books and records do not reflect any liability for the agency's claim (Debtors'

Exhibit A).

4. The information contained in Customs' Proof of Claim is prima facie evidence of the validity of its claim. Fed.R.Bankr.P. 3001(f); In re Allegheny Int'l, Inc., 954 F.2d 167, 173 (3rd Cir. 1992). Thus, "[t]he burden of going forward shifts to the objector [the Debtors] to produce evidence sufficient to negate the prima facie validity of the filed claim," that is, "evidence which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency." In re Allegheny Int'l, Inc., 954 F.2d at 173.

5. The Debtors have not produced any evidence to show that the Debtors did not file the entries listed in the Proof of Claim. The Debtors have merely asked that the claim be expunged because the Debtors do not show an amount owed on their books and records.

6. The objectors have failed to meet their burden to produce evidence sufficient to negate the prima facie validity of Customs' claim.

WHEREFORE, Customs respectfully requests that the Objection be denied as to Customs Claim No. 1103 and such other and further relief as the Court deems appropriate.

Respectfully submitted,

Richard G. Andrews
Acting United States Attorney

By: /s/ Ellen W. Slights

Ellen W. Slights
Assistant United States Attorney
Delaware State Bar No. 2782
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

DATED: March 21, 2006

# CERTIFICATE OF SERVICE

I, Maureen R. Davis, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **March 21, 2006**, I electronically filed the foregoing **RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1** with the Clerk of the Bankruptcy Court using CM/ECF. Notification of such filing together with the **Notice of Electronic Filing** will be served via **Facsimile** upon the following:

**Office of the U.S. Trustee**
J. Caleb Boggs Federal Bldg.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(302) 573-6491
**(302) 573-6497 (FAX)**

**Joel A. Waite, Esquire** (No. 2925)
**M. Blake Cleary, Esquire** (No. 3614)
**Matthew B. Lunn, Esquire** (No. 4119)
**Kenneth J. Enos, Esquire** (No. 4544)
YOUNG CONWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
**(302) 571-1253 (FAX)**

*Counsel for Reorganized Debtors*

**John H. Knight, Esquire** (No. 3848)
**Kimberly D. Newmarch, Esquire** (No. 4340)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
**(302) 498-7512 (FAX)**

*Counsel for Residual Trust*

**Paul Traub, Esquire** (PT 3752)
**Susan F. Balaschak, Esquire** (SFB 1901)
**Brett Rizzo, Esquire** (BN 9463)
TRAUB BONACQUIST & FOX LLP
655 Third Avenue, 21st Floor
New York, NY 10017
(212) 476-4770
**(212) 476-4787 (FAX)**

*Counsel for Residual Trust*

/s/Maureen R. Davis
Maureen R. Davis
Legal Assistant
Office of the United States Attorney
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Maureen.Davis@usdoj.gov